# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

156544 & (15)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT VINSON, II,
      Defendant-Appellant.

SC: 156544
COA: 337894
Cass CC: 92-007727-FC

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the July 31, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



a1017

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk